**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 18, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00765-CV

### SERONDA  GILLESPIE, Appellant

### V.

### GALVESTON COUNTY HEALTH DISTRICT AND TORONDIA TALBERT, Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-48705**

### MEMORANDUM  OPINION

This is an appeal from an interlocutory order signed June 16, 2018. On April 1, 2019, appellee, Galveston County Health District, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.3(a). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Spain.